# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael J. Mehalich                                                   CHAPTER 13
Lindsey A. Mehalich
               Debtor(s)                              BKY. NO. 20-22651 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ Brian C. Nicholas
                                            Brian Nicholas
                                            30 Sep 2020, 08:57:51, EDT

                                            Brian C. Nicholas, Esquire
                                            Attorney I.D. No. 317240
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            412-430-3594
                                            bkgroup@kmllawgroup.com