IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Michael J. Mehalich**<br>**Lindsey A. Mehalich**<br><br>Debtor<br><br>**Michael J. Mehalich**<br>**Lindsey A. Mehalich**<br><br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **20-22651**<br><br>Chapter **13**<br><br>Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Matthew M. Herron 88927**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of the Debtors complete bankruptcy schedules.

By: **/s/ Matthew M. Herron**
Signature
**Matthew M. Herron 88927**
Typed Name
**607 College Street, Suite 101**
**Pittsburgh, PA 15232**
Address
**412-395-6001 Fax:412-391-2808**
Phone No.
**88927 PA**
List Bar I.D. and State of Admission

Ally Financial
P.O. Box 380901
Bloomington, MN 55438

Amato and Keating, P.C.
4232 Northern Pike, Suite 102
Monroeville, PA 15146-2719

American Express
P.O. Box 981537
El Paso, TX 79998

American Express Legal
Jordan W. Felzer
261 Old York Road
Suite 832
Jenkintown, PA 19046

Bank of America
P.O. Box 982238
El Paso, TX 79998

Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631

Citicards CBNA
5800 South Corporate Place
Mail Code 234
Sioux Falls, SD 57108

Citizens Bank
1000 LaFayette Gill
Bridgeport, CT 06604

Dept. of Ed/Navient
P.O. Box 9635
Wilkes Barre, PA 18773

Fed Loan Servicing
P.O. Box 60610
Harrisburg, PA 17106

Freedom Plus
1875 S. Grant Street, Suite 400
San Mateo, CA 94402

HSBC Bank
P.O. Box 9
Buffalo, NY 14203

Midland Mortgage
a Division of Midfirst Bank
P.O. Box 268959
Oklahoma City, OK 73126-8959

```
Navient
P.O. Box 9500
Wilkes Barre, PA 18773

PNC Bank, N.A.
P.O. Box 3180
Pittsburgh, PA 15222

Sheffield Financial Corp.
PO Box 1704
Clemmons, NC 27012

SYNCB/Old Navy
4125 Windward Plaza
Alpharetta, GA 30005

The Bureaus, Inc.
650 Dundee Road, Suite 370
Northbrook, IL 60062
```