**FILED**
11/4/2020
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**\*FILING FEE PAID\*** ☑ Yes ☐ No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Mehalich, Michael & Lindsey** /JAD/TPA/CMB/**GLT**

Case Number: **20-22651**

*Amy Buchanan*

Date of Meeting: **11 / 2 / 20**     Recording #_____

Debtor(s) present ___ or Not Present **✓**  (__ No Payments Made or __ partial payments)
Attorney for debtor(s) **Herron, Matthew** (Present **✓** or Not Present___)
Date of Plan at § 341: _____  Applicable commitment period ___ 3 yrs ___ 5 yrs

*Debtor must provide tax returns - 2019 fed + state*

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD         ___ Order to Show Cause Requested
                              ___ To be rescheduled by Clerk

**✓** Confirmation Order recommended ___ Final **✓** Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)\*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
___ 341 Meeting   OR   **✓** Conciliation Conf. OR ___ \*Contested Hearing
On **3/25/21** at **10:00** am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee