IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 20-22651-GLT |
| MICHAEL J. MEHALICH and<br>LINDSEY A. MEHALICH, | Chapter 13 |
| Debtors. | |
| ALLY BANK, | |
| Movant, | Related to Doc. No 31 |
| vs. | |
| MICHAEL J. MEHALICH and<br>RONDA J. WINNECOUR, TRUSTEE, | Hearing Date: January 13, 2021<br>at 10:30 a.m. |
| | Response Date: December 11, 2020 |
| Respondents. | |

**NOTICE OF VIDEO CONFERENCE HEARING AND RESPONSE DEADLINE REGARDING MOTION OF ALLY BANK FOR RELIEF FROM STAY AND FOR CO-DEBTOR RELIEF**
*(MODIFIED PROCEDURES FOR REMOTE PARTICIPATION)*
**EFFECTIVE OCTOBER 1, 2020**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than December 11, 2020, (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A video conference hearing will be held on January 13, 2021, at 10:30 a.m. before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link 10 published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc-appearances.pdf).

  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Date of service:

November 25, 2020              Attorney for Movant

                    */s/ Maribeth Thomas*
                    Maribeth Thomas, Esquire (Pa. ID No. 208376)
                    TUCKER ARENSBERG P.C.
                    1500 One PPG Place
                    Pittsburgh, PA 15222
                    mthomas@tuckerlaw.com
                    (412) 566-1212