IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>MICHAEL J. MEHALICH and<br>LINDSEY A. MEHALICH,<br><br>　　　　Debtors.<br><br>ALLY BANK,<br><br>　　　　Movant,<br><br>　　　vs.<br><br>MICHAEL J. MEHALICH and<br>RONDA J. WINNECOUR, TRUSTEE,<br><br>　　　　Respondents. | Case No.  20-22651-GLT<br><br>Chapter  13<br><br><br><br><br><br><br>Related to Doc. No. 31 |

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY
AND FOR CO-DEBTOR RELIEF [DOC. NO. 31]**

　　　I, the undersigned, certify that, as of the date hereof, no answer, objection of other responsive pleading to the Motion for Relief from the Automatic Stay and for Co-Debtor Relief filed on November 25, 2020, has been received.

　　　The undersigned further certifies that the Court's docket in this case has been reviewed and no further answer, objection orother responsive pleading to the Motion for Relief from Automatic Stay appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion for Relief from Automatic Stay were to be filed and served no later than December 11, 2020.

　　　Based upon the foregoing, Ally Bank respectfully requests that the Order attached to the Motion for Relief from Automatic Stay be entered by the Court.


Dated:  December 14, 2020　　　　　　　　　　　TUCKER ARENSBERG, P.C.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Maribeth Thomas*
　　　　　　　　　　　　　　　　　　　　　　　Maribeth Thomas, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Pa. ID No. 208376
　　　　　　　　　　　　　　　　　　　　　　　1500 One PPG Place
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　　　　mthomas@tuckerlaw.com
　　　　　　　　　　　　　　　　　　　　　　　(412) 566-1212

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Ally Bank*

TADMS:5413372-1 024035-190505