IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 20-22651-GLT |
| MICHAEL J. MEHALICH and LINDSEY A. MEHALICH, Debtors. | Chapter 13 |
| ALLY BANK, Movant, | Related to Doc. Nos. 31 and 35 |
| vs. | |
| MICHAEL J. MEHALICH and RONDA J. WINNECOUR, TRUSTEE, Respondents. | Hearing Date: January 13, 2021 at 10:30 a.m. |

**CERTIFICATE OF SERVICE OF DEFAULT ORDER ON MOTION FOR
RELIEF FROM THE AUTOMATIC STAY AND FOR CO-DEBTOR RELIEF**

    I, Maribeth Thomas, hereby certifies under penalty of perjury that, on the 14th day of December, 2020, I served a copy of the Default Order on Motion for Relief from the Automatic Stay and for Co-Debtor Relief upon parties in interest via the Court's automatic CM/ECF notification system and upon the following parties at the addresses listed below via First Class U.S. mail, postage prepaid.

| | |
|---|---|
| Michael J. Mehalich<br>221 Long Ridge Drive<br>Coraopolis, PA 15108-4046 | Lindsey A. Mehalich<br>221 Long Ridge Drive<br>Coraopolis, PA 15108-4046 |
| Ronda J. Winnecour, Trustee<br>Suite 3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Matthew M. Herron<br>The Debt Doctors, LLC<br>607 College Street, Suite 101<br>Pittsburgh, PA 15232 |
| U.S. Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 670<br>Pittsburgh, PA 15222 | |

Executed on: December 14, 2020

TUCKER ARENSBERG, P.C.

*/s/ Maribeth Thomas*
Maribeth Thomas, Esquire
Pa. ID No. 208376
1500 One PPG Place
Pittsburgh, PA 15222
mthomas@tuckerlaw.com
(412) 566-1212

*Counsel for Ally Bank*

TADMS:5430875-1 024035-190505