Certificate Number: 15317-PAW-DE-035205447

Bankruptcy Case Number: 20-22651



15317-PAW-DE-035205447

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 24, 2020</u>, at <u>8:32</u> o'clock <u>AM PST</u>, <u>Michael J Mehalich</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>December 24, 2020</u>          By:      <u>/s/Edem Bohol</u>

Name:   <u>Edem Bohol</u>

Title:   <u>Counselor</u>