Certificate Number: 15317-PAW-DE-035205446

Bankruptcy Case Number: 20-22651



15317-PAW-DE-035205446

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 24, 2020, at 8:32 o'clock AM PST, Lindsey A Mehalich completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 24, 2020            By:   /s/Edem Bohol

                                     Name: Edem Bohol

                                     Title: Counselor