**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| Michael J. Mehalich and ) | Case No.: 20-22651-GLT |
| Lindsey A. Mehalich, ) | Chapter 13 |
|        Debtors. ) | |
| _____ ) | Document No.: |
| Michael J. Mehalich and ) | |
| Lindsey A. Mehalich, ) | |
|        Movants, ) | Response Deadline: 04/02/2021 |
| ) | Hearing Date/Time: 05/05/2021 |
| v. ) | at 1:00 PM |
| ) | |
| Ally Bank ) | |
| Ally Financial ) | |
| Amato & Keating, P.C. ) | |
| American Express ) | |
| American Express Legal ) | |
| American Express National Bank ) | |
| c/o Becket and Lee, LLP ) | |
| Ascendium Education Solutions, Inc. ) | |
| Bank of America ) | |
| Bank of America, N.A. ) | |
| Bureaus Investment Group Portfolio No 15 LLC ) | |
| c/o PRA Receivables Management, LLC ) | |
| Citicards CBNA ) | |
| Citizens Bank ) | |
| Citizens Bank, N.A. ) | |
| Comdata, Inc. ) | |
| Dept. of Ed/Navient ) | |
| Duquesne Light Company ) | |
| c/o Bernstein-Burkley, P.C. ) | |
| Fed Loan Servicing ) | |
| Freedom Plus ) | |
| HSBC Bank ) | |
| HSBC Bank USA, N.A. ) | |
| LVNV Funding, LLC ) | |
| MidFirst Bank ) | |
| Midland Credit Management, Inc. ) | |
| Midland Mortgage ) | |
| Navient ) | |
| PNC Bank, N.A. ) | |
| Portfolio Recovery Associates, LLC ) | |
| Sheffield Financial ) | |
| Sheffield Financial Corp. ) | |
| SYNCB/Old Navy ) | |
| Synchrony Bank ) | |
| c/o PRA Receivables Management, LLC ) | |
| The Bureaus, Inc. ) | |

| | |
|---|---|
| The United States Trustee and | ) |
| Ronda J. Winnecour, Esq., Trustee, | ) |
| Respondents. | ) |

### CERTIFICATE OF NO OBJECTION TO THE
### MOTION TO OBTAIN VEHICLE FINANCING

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Obtain Vehicle Financing has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Obtain Vehicle Financing appears thereon. Pursuant to the Notice of Hearing, responses to the Motion to Obtain Vehicle Financing were to be filed and served no later than April 2, 2021.

It is hereby respectfully requested that the Order to the Motion to Obtain Vehicle Financing be entered by the Court.

Date:   April 5, 2021

/s/ *Matthew M. Herron*
Matthew M. Herron, Esquire
PA ID No.: 88927
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com
ATTORNEY FOR THE DEBTORS