# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Michael J. Mehalich and | ) | Case No.: 20-22651-GLT |
| Lindsey A. Mehalich, | ) | Chapter 13 |
|     Debtors. | ) | |
| _____ | ) | Document No.: |
| Michael J. Mehalich and | ) | |
| Lindsey A. Mehalich, | ) | |
|     Movants, | ) | Response Deadline: |
| | ) | Hearing Date/Time: |
| v. | ) | |
| | ) | |
| Ally Bank | ) | |
| Ally Financial | ) | |
| Amato & Keating, P.C. | ) | |
| American Express | ) | |
| American Express Legal | ) | |
| American Express National Bank | ) | |
| c/o Becket and Lee, LLP | ) | |
| Ascendium Education Solutions, Inc. | ) | |
| Bank of America | ) | |
| Bank of America, N.A. | ) | |
| Bureaus Investment Group Portfolio No 15 LLC | ) | |
| c/o PRA Receivables Management, LLC | ) | |
| Citicards CBNA | ) | |
| Citizens Bank | ) | |
| Citizens Bank, N.A. | ) | |
| Comdata, Inc. | ) | |
| Dept. of Ed/Navient | ) | |
| Duquesne Light Company | ) | |
| c/o Bernstein-Burkley, P.C. | ) | |
| Fed Loan Servicing | ) | |
| Freedom Plus | ) | |
| HSBC Bank | ) | |
| HSBC Bank USA, N.A. | ) | |
| LVNV Funding, LLC | ) | |
| MidFirst Bank | ) | |
| Midland Credit Management, Inc. | ) | |
| Midland Mortgage | ) | |
| Navient | ) | |
| PNC Bank, N.A. | ) | |
| Portfolio Recovery Associates, LLC | ) | |
| Sheffield Financial | ) | |
| Sheffield Financial Corp. | ) | |
| SYNCB/Old Navy | ) | |
| Synchrony Bank | ) | |
| c/o PRA Receivables Management, LLC | ) | |
| The Bureaus, Inc. | ) | |

| The United States Trustee and | ) |
|---|---|
| Ronda J. Winnecour, Esq., Trustee, | ) |
| Respondents. | ) |

## CERTIFICATE OF SERVICE

I, Matthew M. Herron, of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 7th day of April 2021

I served a copy of: **ORDER GRANTING MOTION TO OBTAIN POST-PETITION AUTOMOBILE FINANCING**

RE:   Michael J. Mehalich                      Case No. 20-22651-GLT
      Lindsey A. Mehalich                      Chapter 13


ON:   THE FOLLOWING CREDITORS AND THE ATTACHED MAILING MATRIX

Ronda Winnecour, Trustee                US Trustee
3250 USX Tower                          970 Liberty Center
600 Grant Street                        1001 Liberty Avenue
Pittsburgh, PA 15219                    Pittsburgh, PA 15222
cmecf@chapter13trusteewdpa.com          ustpregion03.pi.ecf@usdoj.gov
*Via electronic notification*           *Via electronic notification*

BY:   Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  April 7, 2021                              /s/ *Matthew M. Herron*
                                                  Matthew M. Herron, Esq.
                                                  The Debt Doctors, LLC
                                                  607 College Street, Suite 101
                                                  Pittsburgh, PA 15232
                                                  (412) 395-6001

Case Number:  20-22651-GLT

20-22651-GLT|Ally Bank | |||||undeliverable
20-22651-GLT|Duquesne Light Company |c/o Bernstein-Burkley, P.C.|707 Grant Street, Suite 2200, Gulf
Tower|Pittsburgh, PA 15219-1945|||
20-22651-GLT|MidFirst Bank | |||||undeliverable
20-22651-GLT|PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021||||
20-22651-GLT|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
20-22651-GLT|Ally Bank |PO Box 130424|Roseville MN 55113-0004| |||
20-22651-GLT|Ally Financial |P.O. Box 380901|Bloomington, MN 55438-0901| |||
20-22651-GLT|Amato and Keating, P.C. |4232 Northern Pike, Suite 102|Monroeville, PA 15146-2719| |||
20-22651-GLT|American Express |P.O. Box 981537|El Paso, TX 79998-1537| |||
20-22651-GLT|American Express Legal |Jordan W. Felzer|261 Old York Road|Suite 832|Jenkintown, PA 19046-3713| |
20-22651-GLT|American Express National Bank |c/o Becket and Lee LLP|PO Box 3001|Malvern  PA 19355-0701| ||
20-22651-GLT|ASCENDIUM EDUCATION SOLUTIONS INC|2501 INTERNATIONAL LANE|MADISON WI 53704-
3180||||preferred
20-22651-GLT|BANK OF AMERICA|PO BOX 982238|EL PASO TX 79998-2238||||preferred
20-22651-GLT|Bank of America, N.A. |P O Box 982284|El Paso, TX 79998-2284| |||
20-22651-GLT|Bank of America, N.A. |P.O. Box 31785|Tampa, FL 33631-3785| |||
20-22651-GLT|Bank of America, N.A. |PO BOX 31785|TAMPA, FL 33631-3785| |||duplicate
20-22651-GLT|Bureaus Investment Group Portfolio No 15 LLC|c/o PRA Receivables Management, LLC|PO Box
41021|Norfolk VA 23541-1021| ||
20-22651-GLT|Citicards CBNA |5800 South Corporate Place|Mail Code 234|Sioux Falls, SD 57108-5027| ||
20-22651-GLT|Citizens Bank |1000 LaFayette Gill|Bridgeport, CT 06604-4725| |||
20-22651-GLT|CITIZENS BANK N A|ATTN BANKRUPTCY TEAM|ONE CITIZENS BANK
WAY|JCA115|JOHNSTON RI 02919-1922||preferred
20-22651-GLT|Comdata Inc |5301 Maryland Way|Ste 100|Brentwood TN 37027-5028| ||
20-22651-GLT|Dept. of Ed/Navient |P.O. Box 9635|Wilkes Barre, PA 18773-9635| |||
20-22651-GLT|Duquesne Light Company |c/o Bernstein-Burkley, P.C.|707 Grant St., Suite 2200, Gulf Tower|Pittsburgh,
PA 15219-1945| ||duplicate
20-22651-GLT|Fed Loan Servicing |P.O. Box 60610|Harrisburg, PA 17106-0610| |||
20-22651-GLT|FREEDOM FINANCIAL ASSET MANAGEMENT LLC|ATTN BANKRUPTCY DEPARTMENT|PO
BOX 2340|PHOENIX AZ 85002-2340|||preferred
20-22651-GLT|HSBC Bank |P.O. Box 9|Buffalo, NY 14203| |||
20-22651-GLT|HSBC Bank USA, N. A. |2929 Walden Ave C9|Attn: Business Services|Depew, NY 14043-2690| ||
20-22651-GLT|LVNV Funding, LLC |Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| ||
20-22651-GLT|MidFirst Bank |999 Northwest Grand Boulevard|Oklahoma City, OK 73118-6051| |||
20-22651-GLT|Midland Credit Management, Inc. |PO Box 2037|Warren, MI 48090-2037| |||
20-22651-GLT|Midland Mortgage |a Division of Midfirst Bank|P.O. Box 268959|Oklahoma City, OK 73126-8959| ||
20-22651-GLT|Navient |P.O. Box 9500|Wilkes Barre, PA 18773-9500| |||
20-22651-GLT|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-
3721|||
20-22651-GLT|PNC BANK RETAIL LENDING|P O BOX 94982|CLEVELAND OH 44101-4982||||preferred
20-22651-GLT|PNC BANK RETAIL LENDING|P O BOX 94982|CLEVELAND OH 44101-4982||||preferred duplicate
20-22651-GLT|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||preferred
20-22651-GLT|SYNCB/Old Navy |4125 Windward Plaza|Alpharetta, GA 30005-8738| |||
20-22651-GLT|Sheffield Financial |PO Box 1847|Wilson, NC 27894-1847| |||
20-22651-GLT|Sheffield Financial Corp. |PO Box 1704|Clemmons, NC 27012-1704| |||
20-22651-GLT|Synchrony Bank |c/o of PRA Receivables Management, LLC|PO Box 41021|Norfolk, VA 23541-1021| ||
20-22651-GLT|The Bureaus, Inc. |650 Dundee Road, Suite 370|Northbrook, IL 60062-2757| |||
20-22651-GLT|Lindsey A. Mehalich |221 Long Ridge Drive|Coraopolis, PA 15108-4046||||

20-22651-GLT|Matthew M. Herron |The Debt Doctors, LLC|d/b/a Herron Business Law|607 College Street, Suite 101|Pittsburgh, PA 15232-1700||
20-22651-GLT|Michael J. Mehalich |221 Long Ridge Drive|Coraopolis, PA 15108-4046||||
20-22651-GLT|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||