## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 20-22651GLT |
| MICHAEL J. MEHALICH | : | |
| LINDSEY A. MEHALICH | : | Chapter 13 |
| Debtors. | : | Document No.: |
| | : | Related to Document No.(s): 58 & 59 |
| Ronda J. Winnecour, Trustee, | : | |
| Movant, | : | |
| vs. | : | |
| | : | |
| MICHAEL J. MEHALICH | : | |
| LINDSEY A. MEHALICH | : | |
| Respondents. | : | |

### NOTARIZED AFFIDAVIT

We, Michael J. Mehalich and Lindsey A. Mehalich, were not making our Chapter 13 Plan payments
because:

Mike lost his job at the end of December 2021 and didn't find employment again until mid March 2022.
We also had a second child in August of 2021 so our household expenses increased along w/ hospital bills from the delivery.

A payment in the amount of $2,663.00 was made on 5/9, 5/31 and 6/4 and a copy of said payment is attached.

Dated: 6/8/22

Michael J. Mehalich, Debtor
Address:

221 Long Ridge R.
Coraopolis, PA 15108

Sworn to and subscribed before me

this _____ day of _____ 2022.

_____
NOTARY PUBLIC

_____
My Commission Expires

Lindsey A. Mehalich, Joint-Debtor
Address:

221 Long Ridge Dr
Coraopolis PA 15108

All Transactions - TFS Bill Pay

6/4/22, 11:25 PM



▓▓ Dashboard      Welcome, Lindsey Mehalich ▾      ▓▓ Language ▾

▓▓ **All Transactions**

| **Name** | **Address** |
|---|---|
| Lindsey A. Mehalich | 221 Long Ridge Drive, Coraopolis, PA, 15108 |

| **Completed Transactions** | **Paid via TFS** |
|---|---|
| 17 | $39,183.00 |

| Date Started | Description | Case Number | Date Cleared | Date Arrived | Transaction ID | Amount | Status |
|---|---|---|---|---|---|---|---|
| N/A | Monthly Plan Payment | 20-22651 | | | 11544005 | $1,663.00 | Scheduled |
| May 31, 2022 | Monthly Plan Payment | 20-22651 | | | 11482176 | $500.00 | Pending |
| May 09, 2022 | Monthly Plan Payment | 20-22651 | May 13, 2022 | May 16, 2022 | 11370891 | $500.00 | Complete |
| January 24, 2022 | Monthly Plan Payment | 20-22651 | January 28, 2022 | January 31, 2022 | 10715208 | $500.00 | Complete |
| December 22, 2021 | Monthly Plan Payment | 20-22651 | December 28, 2021 | December 29, 2021 | 10519283 | $1,000.00 | Complete |
| November 12, 2021 | Monthly Plan Payment | 20-22651 | November 18, 2021 | November 19, 2021 | 10273356 | $2,663.00 | Complete |
| October 12, 2021 | Monthly Plan Payment | 20-22651 | October 18, 2021 | October 19, 2021 | 10087066 | $2,663.00 | Complete |
| September 13, 2021 | Monthly Plan Payment | 20-22651 | September 17, 2021 | September 20, 2021 | 9906319 | $2,663.00 | Complete |
| August 16, 2021 | Monthly Plan Payment | 20-22651 | August 20, 2021 | August 23, 2021 | 9734048 | $2,663.00 | Complete |
| July 14, 2021 | Monthly Plan Payment | 20-22651 | July 20, 2021 | July 21, 2021 | 9535039 | $2,663.00 | Complete |
| June 14, 2021 | Monthly Plan Payment | 20-22651 | June 18, 2021 | June 21, 2021 | 9348764 | $2,663.00 | Complete |
| May 13, 2021 | Monthly Plan Payment | 20-22651 | May 19, 2021 | May 20, 2021 | 9153901 | $2,663.00 | Complete |
| April 13, 2021 | Monthly Plan Payment | 20-22651 | April 19, 2021 | April 20, 2021 | 8966931 | $2,663.00 | Complete |
| March 15, 2021 | Monthly Plan Payment | 20-22651 | March 19, 2021 | March 22, 2021 | 8781695 | $2,663.00 | Complete |
| February 12, 2021 | Monthly Plan Payment | 20-22651 | February 19, 2021 | February 22, 2021 | 8578582 | $2,663.00 | Complete |
| January 13, 2021 | Monthly Plan Payment | 20-22651 | January 20, 2021 | January 21, 2021 | 8398906 | $2,663.00 | Complete |
| December 21, 2020 | Monthly Plan Payment | 20-22651 | December 28, 2020 | December 29, 2020 | 8262486 | $2,663.00 | Complete |
| November 25, 2020 | Monthly Plan Payment | 20-22651 | December 02, 2020 | December 03, 2020 | 8108653 | $2,663.00 | Complete |

Print Page    Printer Friendly

## FINANCIAL SUMMARY - CASE 20-22651

MICHAEL J. MEHALICH paying **$2,663.00** MONTHLY

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | | Show All |

Limits:  Select Start Date ⌄   Select Claim ID ⌄   Select Payee Name ⌄   Check Status: Cleared Stale Dated Stop Payment Cancelled Voided Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 6/7/2022 | | | | TFS - MONTHLY PLAN PAYMENT | $500.00 | | |
| 5/16/2022 | | | | TFS - MONTHLY PLAN PAYMENT | $500.00 | | |
| 1/31/2022 | | | | TFS - MONTHLY PLAN PAYMENT | $500.00 | | |
| 12/29/2021 | | | | TFS - MONTHLY PLAN PAYMENT | $1,000.00 | | |
| 11/19/2021 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 10/19/2021 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 9/20/2021 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 8/23/2021 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 7/21/2021 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 6/21/2021 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 5/20/2021 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 4/20/2021 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 3/22/2021 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 2/22/2021 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 1/21/2021 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 12/29/2020 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 12/3/2020 | | | | TFS - MONTHLY PLAN PAYMENT | $2,663.00 | | |
| 11/9/2020 | | | | TFS - MONTHLY PLAN PAYMENT | $2,564.00 | | |
| | | | | **Totals:** | **$39,683.00** | **$0.00** | |