FILED
7/15/22 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| MICHAEL J. MEHALICH ) | Case No. 20-22651 GLT |
| LINDSEY A. MEHALICH ) | |
| ) | Chapter 13 |
| Debtor(s). ) | Related to Dkt. No. 20, 58 |
| X | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒  a motion to dismiss case or certificate of default requesting dismissal

☐  a plan modification sought by: _____

☐  a motion to lift stay
as to creditor    _____

☐  Other:  _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated : **10-9-20**
☐ Amended Chapter 13 Plan dated

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from **$2663** to **$2906** per month, effective **7/22**; and/or the Plan term shall be changed from ___ months to ____ months.       .

-1-

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
**Trustee's Certificate of Default (at Doc 58) is treated as resolved by this Order.**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  15th  day of  July, 2022

_____
Gregory L. Taddonio     jah
United States Bankruptcy Judge

Stipulated by:                                              Stipulated by:

 /s/ Matthew M. Herron_____          /s/ Owen W. Katz_____
Counsel to Debtor                                       Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor


cc:    All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael J. Mehalich  
Lindsey A. Mehalich  
    Debtors

Case No. 20-22651-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Jul 15, 2022     Form ID: pdf900     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Mehalich, Lindsey A. Mehalich, 221 Long Ridge Drive, Coraopolis, PA 15108-4046 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15287719 | | Amato and Keating, P.C., 4232 Northern Pike, Suite 102, Monroeville, PA 15146-2719 |
| 15297604 | + | American Express Legal, Jordan W. Felzer, 261 Old York Road, Suite 832, Jenkintown, PA 19046-3713 |
| 15300719 | + | Comdata Inc, 5301 Maryland Way, Ste 100, Brentwood TN 37027-5028 |
| 15297612 | | HSBC Bank, P.O. Box 9, Buffalo, NY 14203 |
| 15308031 | + | HSBC Bank USA, N. A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 15 2022 23:34:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15302647 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jul 15 2022 23:31:00 | Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 15295322 | | Email/Text: ally@ebn.phinsolutions.com | Jul 15 2022 23:31:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15297601 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 15 2022 23:31:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15297603 | + | Email/PDF: bncnotices@becket-lee.com | Jul 15 2022 23:34:44 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 15292566 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2022 23:34:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15297605 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 15 2022 23:31:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 15299288 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 15 2022 23:31:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15292033 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 15 2022 23:31:00 | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15306948 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 15 2022 23:34:17 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15291058 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 15 2022 23:31:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15297607 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2022 23:45:08 | Citicards CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 15297608 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 15 2022 23:31:00 | Citizens Bank, 1000 LaFayette Gill, Bridgeport, CT 06604-4725 |

Case 20-22651-GLT   Doc 65   Filed 07/17/22   Entered 07/18/22 00:23:07   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2022 | Form ID: pdf900 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15297609 | + | Email/PDF: pa_dc_ed@navient.com | Jul 15 2022 23:34:44 | Dept. of Ed/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 15311356 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 15 2022 23:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15297611 | | Email/Text: bk@freedomfinancialnetwork.com | Jul 15 2022 23:31:00 | Freedom Plus, 1875 S. Grant Street, Suite 400, San Mateo, CA 94402 |
| 15297610 | + | Email/Text: bncnotifications@pheaa.org | Jul 15 2022 23:31:00 | Fed Loan Servicing, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 15311960 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2022 23:34:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15312446 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 15 2022 23:34:12 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 15294094 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2022 23:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15297613 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 15 2022 23:34:12 | Midland Mortgage, a Division of Midfirst Bank, P.O. Box 268959, Oklahoma City, OK 73126-8959 |
| 15297614 | + | Email/PDF: pa_dc_claims@navient.com | Jul 15 2022 23:34:44 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 15297615 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2022 23:31:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15222 |
| 15301608 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 15 2022 23:31:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15312888 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2022 23:34:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15297617 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2022 23:34:58 | SYNCB/Old Navy, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15299553 | | Email/Text: bankruptcy@bbandt.com | Jul 15 2022 23:31:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 15297616 | + | Email/Text: bankruptcy@bbandt.com | Jul 15 2022 23:31:00 | Sheffield Financial Corp., PO Box 1704, Clemmons, NC 27012-1704 |
| 15288122 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2022 23:34:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15297618 | + | Email/PDF: tbiedi@PRAGroup.com | Jul 15 2022 23:34:59 | The Bureaus, Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Bank |
| cr | | MidFirst Bank |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15297602 | * | Amato and Keating, P.C., 4232 Northern Pike, Suite 102, Monroeville, PA 15146-2719 |
| 15298915 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15297606 | *+ | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jul 15, 2022 | Form ID: pdf900 | Total Noticed: 37

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Maribeth Thomas | on behalf of Creditor Ally Bank mthomas@tuckerlaw.com  maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Matthew M. Herron | on behalf of Joint Debtor Lindsey A. Mehalich mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Michael J. Mehalich mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8