**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MICHAEL J. MEHALICH<br>LINDSEY A. MEHALICH<br>    Debtor(s) | Case No.:20-22651 GLT |
| Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 09/11/2020  and confirmed on 11/04/2020 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 45,552.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 45,552.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,025.83 | |
|     Trustee Fee | 2,028.51 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,054.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|     MIDFIRST BANK SSB* | 0.00 | 37,455.72 | 0.00 | 37,455.72 |
|         Acct: 4175 | | | | |
|     MIDFIRST BANK SSB* | 581.86 | 0.00 | 0.00 | 0.00 |
|         Acct: 4175 | | | | |
|     BANK OF AMERICA NA** | 10,560.42 | 3,198.58 | 838.36 | 4,036.94 |
|         Acct: 4658 | | | | |
|     ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: 6690 | | | | |
| | | | | 41,492.66 |
| **Priority** | | | | |
|     MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MICHAEL J. MEHALICH | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     MICHAEL J. MEHALICH | 5.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     THE DEBT DOCTORS LLC | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|         Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| THE DEBT DOCTORS LLC | 1,841.29 | 525.83 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX3-21 | | | | |
| THE DEBT DOCTORS LLC | 1,158.71 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX2651 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6690 | | | | |
| AMATO AND KEATING PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0287 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 3,628.10 | 0.00 | 0.00 | 0.00 |
| Acct: 1006 | | | | |
| BANK OF AMERICA NA** | 11,482.03 | 0.00 | 0.00 | 0.00 |
| Acct: 1302 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2433 | | | | |
| LVNV FUNDING LLC | 10,032.86 | 0.00 | 0.00 | 0.00 |
| Acct: 4044 | | | | |
| CITIZENS BANK NA | 5,413.68 | 0.00 | 0.00 | 0.00 |
| Acct: 5029 | | | | |
| DEPARTMENT OF EDUCATION/NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2424 | | | | |
| DEPARTMENT OF EDUCATION/NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2424 | | | | |
| ASCENDIUM EDUCATION SOLUTIONS INC | 3,330.40 | 0.00 | 0.00 | 0.00 |
| Acct: 2400 | | | | |
| FEDERAL LOAN SERVICING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| FREEDOM PLUS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: P014 | | | | |
| HSBC BANK USA NA | 2,289.09 | 0.00 | 0.00 | 0.00 |
| Acct: 3068 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2424 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2424 | | | | |
| PNC BANK NA | 12,719.58 | 0.00 | 0.00 | 0.00 |
| Acct: 6368 | | | | |
| SHEFFIELD FINANCIAL | 3,746.23 | 0.00 | 0.00 | 0.00 |
| Acct: 6654 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,181.56 | 0.00 | 0.00 | 0.00 |
| Acct: 7815 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 7,628.19 | 0.00 | 0.00 | 0.00 |
| Acct: 4456 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 4,393.24 | 0.00 | 0.00 | 0.00 |
| Acct: 1706 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 5,311.58 | 0.00 | 0.00 | 0.00 |
| Acct: 1005 | | | | |
| COMDATA NETWORK INC | 12,228.60 | 0.00 | 0.00 | 0.00 |
| Acct: W952 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 138.29 | 0.00 | 0.00 | 0.00 |
| Acct: 0128 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7185 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 20-22651 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 41,497.66 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 5.00 | |
| SECURED | 11,142.28 | |
| UNSECURED | 88.523.43 | |

Date: 07/10/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com